UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

**JUL 10 2007**

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| LARSON MANUFACTURING COMPANY OF SOUTH DAKOTA, INC., | * | CIV 03-4244 |
| Plaintiff, | * | |
| -vs- | * | |
| | * | ORDER |
| ALUMINART PRODUCTS LIMITED, a Canadian company; and CHAMBERDOOR INDUSTRIES, INC., a Delaware Corporation, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants filed a Motion to Allow Use of Example Products and Demonstratives During Summary Judgment Hearing, Doc. 217. The Court will grant the motion, but will direct that the pending summary judgment motions, Docs. 163, 178, will be heard during the pretrial conference currently scheduled for September 10, 2007, rather than at the conclusion of the inequitable conduct trial scheduled to commence July 17, 2007, due to the complexity of the issues and the fact that the reply briefs on the summary judgment motions are not due until July 13, 2007. *See* Third Amended Scheduling Order, Doc. 148. Accordingly,

IT IS ORDERED that Defendants' Motion to Allow Use of Example Products and Demonstratives During Summary Judgment Hearing, Doc. 217, is granted, but the pending summary judgment motions will be heard by the Court during the pretrial conference currently scheduled for September 10, 2007, rather than at the conclusion of the inequitable conduct trial scheduled to commence July 17, 2007.

Dated this 10ᵗʰ day of July, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: _____, Deputy
(SEAL)